

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2020

No. 04-19-00761-CV

**IN RE THE COMMITMENT OF KEVIN JOHNSON,**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI23245
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant's second motion for an extension of time to file his brief is GRANTED. Appellant's brief is due on or before March 4, 2020. No further extensions will be granted absent extraordinary circumstances.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court